## IN RE TRUESDELL

No. 429PA83.

Case below: 63 N.C. App. 258.

Petition by Department of Social Services for discretionary review under G.S. 7A-31 allowed 30 April 1984. Motion of respondent Sophia Renee Truesdell to dismiss appeal for lack of substantial constitutional question denied 30 April 1984.

## JULIAN BAPTIST CHURCH, INC. v. BROWN

No. 131P84.

Case below: 66 N.C. App. 377.

Petition by Church and Brown for discretionary review under G.S. 7A-31 Denied 30 April 1984.

## NESTLER v. CHAPEL HILL/CARRBORO BD. OF EDUCATION

No. 114P84.

Case below: 66 N.C. App. 232.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 April 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 30 April 1984.

## NEWTON v. NEWTON

No. 151P84.

Case below: 67 N.C. App. 172.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 30 April 1984.

## STATE v. CARTER

No. 90P84.

Case below: 66 N.C. App. 21.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.